IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-2883 |
| COUNTY OF DELAWARE, PENNSYLVANIA, COUNTY COUNCIL OF THE COUNTY OF DELAWARE, PENNSYLVANIA, and DELAWARE COUNTY DEPARTMENT OF PUBLIC WORKS. | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## ANSWER TO COUNTERCLAIM

Plaintiff Liberty Mutual Insurance Company ("Liberty"), by and through its undersigned counsel, Bazelon Less & Feldman, P.C., hereby files its Answer to Counterclaim, and in support thereof, avers as follows:

72. After reasonable investigation, Plaintiff Liberty Mutual Insurance Company is without sufficient knowledge or information to form a belief as to the truth of the allegations of Defendants' paragraph 72; therefore the same are denied pursuant to Rule of Court.

WHEREFORE, Plaintiff Liberty Mutual Insurance Company hereby demands judgment in its favor and against the County of Delaware, Pennsylvania, the County Council of the County

of Delaware, Pennsylvania, and the Delaware County of Public Works in the amount of $196,410.95, plus interest and such further relief as the Court deems necessary.

                                                  BAZELON  LESS & FELDMAN

                                                  _____
                                                      Jennifer L.  Hoagland
                                                Attorney I.D. No.  57256
                                                Greg A.  Rowe
                                                Attorney I.D. No.  80066
                                                1515 Market Street, Suite 700
                                                Philadelphia, PA  19102-1907
                                                (215) 568-1155
                                                Attorneys for Plaintiff

August 13, 2002

J:\Liberty Bond & Mutual, 3536\Fair Acres, 00011\Pleading\Answer to Counterclaim.wpd