IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF DELAWARE, PENNSYLVANIA, et al | : | NO. 02-2883 |

## O R D E R

AND NOW, TO WIT: this 13th day of April, 2004, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court

BY:_____
Charles J. Ervin, Deputy Clerk